JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS CABRERA, et al., | Case No. CV 17-0863 FMO (ASx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| UNITED STATES POSTAL SERVICE, | |
| Defendants. | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 28th day of June, 2017.

/s/
Fernando M. Olguin
United States District Judge